**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 112 MM 2016
:
Respondent :
:
:
:
v. :
:
:
:
DARRELL EDWARD TAYLOR, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2016, the Application for Leave to Exceed Word Limitations is **DENIED**. Petitioner is **DIRECTED** to file a compliant Petition for Allowance of Appeal within 30 days.